FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:07-CR-214-WKW |
| | ) [18 U.S.C. §§ 641 and 2] |
| WILLIE DANIEL, | ) |
| a/k/a Willie J. Daniels, | ) |
| a/k/a Willie James Willis, | ) INDICTMENT |
| a/k/a Willie Willis. | ) |
| | ) |

The Grand Jury charges:

## COUNT 1

1. At all times relevant to this Indictment, the defendant, **WILLIE DANIEL**, was a resident of Montgomery, Alabama.

2. On or about September 25, 2005, an application was filed with the Federal Emergency Management Agency ("FEMA"), an agency within the United States Department of Homeland Security, for benefits in connection with Hurricane Katrina, in the name of "Willie J. Daniels." That application falsely represented that Daniel had suffered losses to a property he rented as his primary residence in Harvey, Louisiana. Daniel did not reside in Louisiana and did not suffer the losses claimed.

3. FEMA accepted the application and caused a United States Treasury check in the amount of $2,000 to be mailed to an address in Montgomery, Alabama. Daniel received the check and cashed it.

4. On or about the date set forth below, in Montgomery County, within the Middle District of Alabama, and elsewhere, the defendant,

**WILLIE DANIEL,**

did, while aiding and abetting and while being aided and abetted by other persons both known and unknown to the Grand Jury, embezzle, steal, purloin, and knowingly convert to his own use money and things of value of the United States and of a department and agency thereof, in an amount in excess of $1,000, and did receive, conceal, and retain the same with the intent to convert it to his use and gain, knowing it to have been embezzled, stolen, purloined and converted as described below:

| COUNT | DATE | ITEM |
|---|---|---|
| 1 | October 3, 2005 | FEMA disaster assistance funds in the amount of $2,000, check number 222123680024. |

All in violation of Title 18, United States Code, Sections 641 and 2.

A TRUE BILL:

_____
Foreperson

_____
CHRISTOPHER A. SNYDER
Assistant United States Attorney