**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA**        )
                                    )
    **vs.**                          )        **Case No.  2:07CR-214-WKW**
                                    )
**WILLIE DANIEL**                   )

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on October 12, 2007 before the undersigned

Magistrate Judge.  Present at this conference was  **Assistant United States Attorney**

**Stephen Feaga,** counsel for the government.  Counsel for the Defendant, **Attorney Mike**

**Winter**, was **NOT PRESENT**.  As a result of the conference, it is

    **ORDERED** as follows:

    1.  Jury selection is set for **November 5, 2007**.   The trial of this case is set for the

trial term commencing on **November 5, 2007** before **United States District Judge**

**William Keith Watkins** and is expected to last two (2) trial days.

    2.  There are no motions currently pending.

    3.  Proposed voir dire questions shall be filed on or before **October 29, 2007.**

Counsel should not include questions seeking information which is provided in the jury

questionnaire.

    4.  All Motions in Limine shall be filed on or before **October 29, 2007**. Motions in

Limine must be accompanied by a brief.  Failure to file a brief will result in denial of the

motion.

5.  Proposed jury instructions shall be filed on or before **October 29, 2007.**

6.  The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before **noon** on **October 24, 2007.**  The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on **November 5, 2007.**  The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted.  In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on **November 5, 2007**, as to all defendants, even though a particular guilty plea was not accepted by the court.

Done this 15th day of October, 2007.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE