# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA     <>

       v.     <>     Case Number: 2:07-cr-214-WKW

WILLIE DANIEL     <>

## DEFENDANT'S MOTION TO CONTINUE

**COMES NOW** Defendant Willie Daniel, by and through his undersigned counsel, respectfully moving this Honorable Court for a continuance in the above-named matter. As support, Defendant Daniel declares as follows.

This Honorable Court, at its pretrial conference on October 12, 2007, set this case for trial on November 5, 2007. Defendant, his undersigned counsel, and Assistant United States Attorney Christopher Snyder met for more than two hours, at Mr. Snyder's request, on October 17, 2007. Defendant Daniel anticipates that his acceptance of responsibility for this matter will lead to a mutual agreement to resolve this charge. However, given the unknown date for Defendant's receipt from the United States of a possible plea arrangement, Defendant cannot adequately plan for a trial at this time for that date.

Independent of the above, Defendant Daniel's undersigned counsel has been scheduled for surgery on his right hand on Thursday, October 25, 2007.

**WHEREFORE**, for the foregoing reasons, Defendant Willie Daniel petitions this Honorable Court to **GRANT** a continuance in this case. This relief will serve the cause of justice, and will not prejudice the United States of America.

RESPECTFULLY SUBMITTED THIS 22ND DAY OF OCTOBER, 2007

_____
I.M. (Mike) Winter, Jr. (WIN036)
Attorney For Mr. Willie Daniel

Suite 300-A; 300 Water Street
Montgomery, Alabama 36104
(334)263-5787
WinterLegal@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served this motion, by in-hand delivery to Mr. Christopher Snyder, Esquire, Assistant United States Attorney, or to his designee at the United States Attorney for the Middle District of Alabama's Office, located at 131 Clayton Street; Montgomery, Alabama 36104.

DONE THIS 22nd DAY OF OCTOBER, 2007

_____
**I.M. (Mike) Winter, Jr.  (WIN036)**
Attorney For Mr. Willie Daniel