**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

**UNITED STATES OF AMERICA** <>
<>
    v.                <> **CASE NUMBER:  2:07-cr-214-CSC**
<>
**WILLIE DANIEL** <>

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** Defendant Willie Daniel, by and through his undersigned counsel, hereby notifying this Honorable Court that he intends to change his plea in this case from **NOT GUILTY** to **GUILTY**. Further, Defendant waives his right to plead before a United States District Judge. Defendant consents to do so before a Magistrate Judge.

RESPECTFULLY SUBMITTED THIS 23rd DAY OF JANUARY, 2008

_____/S/_____

*I.M. (Mike) Winter, Jr.*
I.M. (Mike) Winter, Jr.  (WIN036)
Attorney For Mr. Willie Daniel

Suite 300-A; 300 Water Street
Montgomery, Alabama  36104
(334)263-5787
MikeWinter@WinterLegal.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served this motion, by electronic mail, to Mr. Christopher Snyder, Esquire, Assistant United States Attorney, for the United States of America.

DONE THIS 23rd DAY OF JANUARY, 2008

_____/S/_____
*I.M. (Mike) Winter, Jr.*
**I.M. (Mike) Winter, Jr.**  (WIN036)
Attorney For Mr. Willie Daniel