IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | CR. NO. 2:07-cr-214-WKW |
| **WILLIE DANIEL,**<br>    a/k/a Willie J. Daniels,<br>    a/k/a Willie James Willis,<br>    a/k/a Willie Willis. | ) ) ) ) ) | |

**United States's Motion for Downward Departure for Substantial Assistance**

The United States moves this Court to reduce Defendant Willie Daniel's sentence by one offense level based on Daniel's substantial assistance in this case. As grounds for this Motion, the United States notes:

1.	Prior to pleading guilty in this case, Daniel cooperated with the United States. Daniel provided valuable information about at an important target in regards to FEMA fraud and other criminal activity. Prior to pleading guilty, Daniel also testified before a Grand Jury sitting in the Middle District, and based on that testimony, the United States expects to return an indictment against the target shortly.

2.	The United States submits that to the best of its knowledge Daniel has been truthful with federal investigators. As part of the plea agreement, Daniel has waived his right to appeal and/or collaterally attack the sentence imposed in this case. Therefore, United States asks this Court to depart one offense level under Guidelines § 5K1.1 based upon Daniel's substantial assistance.

Respectfully submitted this the 8th day of May, 2008.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Christopher Snyder
        CHRISTOPHER A. SNYDER
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, AL 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: christopher.a.snyder@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to I.M. "Mike" Winter.

        /s/ Christopher Snyder
        CHRISTOPHER A. SNYDER
        Assistant United States Attorney